In the Matter of DANIEL WAGNER, an attorney at law.

For the order: *Mr. George F. Losche.*

For the respondent: *Mr. Joseph Weisman.*

June 2, 1958. Respondent suspended from the practice of law for three years and until further order. Opinion reported at 27 *N. J.* 217.

In the Matter of CHARLES FRANK MURRAY, an attorney at law.

For the order: *Mr. David F. Greenberg.*

For the respondent: *Mr. Charles Frank Murray, pro se.*

May 26, 1958. Respondent suspended from the practice of law for two years and until further order. Opinion reported at 27 *N. J.* 141.

In the Matter of JOSEPH P. WILSON, an attorney at law.

May 19, 1958. Suspension lifted and respondent reinstated to the practice of law.